USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _12/09/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ROBERT SCOT BUILDING VENTURE LLC;
and RSBV PATHWAY LLC,

                                Plaintiffs,

              -against-                         22-CV-10329 (VEC)

                                       ORDER

CREATIVE WEALTH MEDIA FINANCE CORP;
and JASON CLOTH,

                                Defendants.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on December 7, 2022, Plaintiffs filed a Complaint against Defendants, Compl., Dkt. 6;

       WHEREAS Plaintiff alleges that this Court's subject matter jurisdiction in this matter is premised on diversity, 28 U.S.C. § 1332(a)(2), *id.* ¶ 10;

       WHEREAS Plaintiff alleges "upon information and belief" that Defendant Cloth "is an individual residing in Ontario, Canada and transacting business in the State of New York," *id.* ¶ 9;

       WHEREAS "United States citizens who are domiciled abroad are neither citizens of any state of the United States nor citizens or subjects of a foreign state," and thus § 1332(a) does not provide diversty "jurisdiction over a suit to which such persons are parties," *Cresswell v. Sullivan & Cromwell*, 922 F.2d 60, 68 (2d Cir. 1990);

       IT IS HEREBY ORDERED that by no later than **Tuesday, December 13, 2022**, Plaintiff must file an amended complaint that alleges the citizenship of Defendant Cloth or the complaint will be dismissed without prejudice for lack of subject matter jurisdiction.

**SO ORDERED.**

**Date: December 9, 2022**
      **New York, New York**

              **VALERIE CAPRONI**
              **United States District Judge**